**Order filed June 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00397-CV
_____

### BENEDICT EMESOWUM, Appellant

### V.

### CHRISTMAS EVE MORGAN, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1024921**

## ORDER

On May 6, 2013, appellant filed a notice of appeal from the trial court's final judgment signed April 29, 2013. Appellant also filed a request to proceed on appeal as a pauper without the advance payment of costs. *See* Tex. R. App. P. 20.1. The County Clerk of Harris County filed a contest to the affidavit on May 7, 2013. *Id.* 20.1(e). The County Clerk also moved for an extension of time to conduct a hearing on the contest. *Id.* 20.1(i). The order granting an extension until May 21, 2013, that is included in our record is not signed by the trial court. The trial court's

docket reflects that on May 9, 2013, an order for extension of time was "granted and signed." In addition, the docket reflects that on May 23, 2013, appellant filed a request for a rehearing of the denial of his claim of indigence and included an affidavit containing additional information. These are not included in our record. Accordingly, we issue the following order:

We order the County Clerk of Harris County to file a supplemental clerk's record without the advance payment of costs containing the following:

> (1) the order granting an extension of time to conduct a hearing on the contest to appellant's claim of indigence, signed on or about May 9, 2013;
>
> (2) appellant's request for rehearing of the order sustaining the contest to his claim of indigence filed on or about May 23, 2013; and
>
> (3) appellant's affidavit of indigence filed on or about May 23, 2013.

The supplemental clerk's record shall be filed with the clerk of this court within **three days** of the date of this order. *See* Tex. R. App. P. 20.1(j)(3).

PER CURIAM